ROCKY RIVER DEVELOPMENT COMPANY, Respondent, *v.* GEORGE C. GINTHER, as Receiver ·of the GERMAN AMERICAN BREWING COMPANY, Appellant.

*Appeal — unanimous affirmance — failure to obtain permission to appeal.*

Reported below, 193 App. Div. 197.

(Argued January 10, 1921; decided January 18, 1921.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 6, 1920, sustaining plaintiff's exceptions, ordered to be heard in the first instance by the Appellate Division, and granting a new trial. Also motion to dismiss an appeal from a judgment entered July 21, 1920, upon an order of the said Appellate Division overruling defendant's exceptions, ordered to be heard in the first instance by the Appellate Division, and

directing judgment for the plaintiff upon the verdict directed at the trial court.

The motion was made upon the ground that the order of the Appellate Division was unanimous and that permission to appeal had not been obtained.

*James A. Magoffin* for motion.
*Francis J. Maloney* opposed.

Motion to dismiss appeal from order granting new trial denied.

Motion to dismiss appeal from judgment entered upon decision of Appellate Division in favor of plaintiff granted, with costs of appeal.